DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:04CR00362-001 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Tevaughn E. Darling | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The defendant and his counsel, Ralph DeFranco appeared before this Court on November 15, 2010. A report and recommendation was filed on June 30, 2010. (See docket #55). The Court adopts the report and recommendation of Magistrate Judge James S. Gallas and finds the defendant in violation of his terms and conditions of supervised release.

IT IS ORDERED that the defendant's supervision is revoked and defendant be committed to the custody of the Bureau of Prisons for a period of thirty (30) days. Upon release from confinement the term of supervised release is terminated.

IT IS FURTHER ORDERED that the defendant self surrender to the U.S. Marshal in Cleveland, Ohio prior to 12:00 noon on November 22, 2010, to commence serving his sentence.

 November 16, 2010   */s/ David D. Dowd, Jr.*
Date    David D. Dowd, Jr.
    U.S. District Judge